WR-73,697-06,07,08,09
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/19/2015 2:50:52 PM
Accepted 5/22/2015 8:26:08 AM
ABEL ACOSTA
CLERK

WRIT NOS. W06-00445-K(B), W06-00448-K(B), W06-00450-K(B) and
W06-00453-K(B)

In the
Texas Court of Criminal Appeals
At Austin

From the CDC No. 4
Dallas County, Texas

EX PARTE
RAUL DAVID JACKSON,
Applicant,

11.07 Writ

MOTION FOR EXTENSION OF TIME TO TURN IN
FINDING OF FACTS AND CONLUSIONS OF LAW

Bruce Kaye
TBN. 00784374
2309 Boll St.
Dallas, TX 75204
(214) 722-7438
Appointed Writ Master, CDC 4

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

I.

On or about November 26, 2014, the undersigned was appointed as Writ Master by the Honorable Judge Dominique Collins, Criminal District Court No. 4, Dallas County, Texas. The Court's Finding of Fact and Conclusions of Law are due on or about May 20, 2015.

II.

This issues to be resolved are as follows:

a.　　Is Applicant's judgment and sentence void;

b.　　Does Applicant's sentence violate double jeopardy;

c.　　Was Applicant's plea involuntary; and

d.　　Did Applicant receive ineffective assistance of trial and appellate counsel.

III.

The undersigned Writ Master has been involved in numerous Appellate matters for both state and federal cases. One case was a Capital Murder (non death penalty) which produced a 100 page brief. Currently, there are three (3) appeals all due within the next 30 days and two (2) trials also scheduled in the same time frame. An additional 90 days is required in order to properly read Applicant's paperwork, review the State's response, research the issues and thereafter prepare the Finding of Fact and Conclusions of Law for the Court.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned Writ Master prays this Court grant his Motion for Extension of Time to Turn in Finding of Facts and Conclusions of Law.

Respectfully submitted,

/s/   Bruce Kaye
BRUCE C. KAYE

By:  Bruce Kaye
TBN 00784374
Appointed Writ Master

2309 Boll. St.
Dallas, TX 75204
(214) 722-7438
(866) 649-8757 facsimile
Bruce@brucekaye.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was tendered to Dallas County District Clerk's Office, on the 20th Day of May, 2015, in accordance with the Texas Rules of Appellate Procedure.

                     /s/ Bruce Kaye

                     BRUCE C. KAYE

,